**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

**THE LAW OFFICE OF IAN PANCER**
Ian Pancer (SBN 246600)
ian@sandiegolegal.net
105 West F St. 4th Floor
San Diego, CA 92101
Telephone: (619) 955-6644
Facsimile: (619) 374-7410

Attorneys for Plaintiff JUSTIN JOB, individually and
on behalf of others similarly situated

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/18/2019

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN JOB, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL RADAR ACQUISITION, LLC, d.b.a. GLOBAL HR RESEARCH, a foreign limited liability company, f.k.a. RADAR POST CLOSING HOLDING COMPANY, INC. f.k.a., GLOBAL HR RESEARCH, INC. and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 4:19-cv-03103-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: June 4, 2019<br>Trial date: Not set |

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

It is STIPULATED by and between the parties, JUSTIN JOB and all persons similarly situated ("Plaintiff"), on the one hand, and GLOBAL RADAR ACQUISITION, LLC, d.b.a. GLOBAL HR RESEARCH, a foreign limited liability company, f.k.a. RADAR POST CLOSING HOLDING COMPANY, INC. f.k.a., GLOBAL HR RESEARCH, INC. ("Defendant") (collectively, "Parties"), on the other, as follows:

1. The Parties stipulate that this action is to be dismissed without prejudice.
2. The dismissal shall not operate as an adjudication on the merits.
3. Plaintiff is to file this Stipulation of Dismissal Without Prejudice no later than September 18, 2019.

**IT IS SO STIPULATED.**

Dated: September 17, 2019     SEYFARTH SHAW LLP

/s/ *John Drury*
JOHNY DRURY
ERIC SUITS
PAMELA DEVATA
Attorneys for Defendant
GLOBAL RADAR ACQUISITION, LLC,
d.b.a. GLOBAL HR RESEARCH, a foreign
limited liability company, f.k.a. RADAR POST
CLOSING HOLDING COMPANY, INC. f.k.a.,
GLOBAL HR RESEARCH, INC.

Dated: September 17, 2019     COHELAN KHOURY & SINGER
LAW OFFICE OF IAN PANCER

/s/ *J. Jason Hill*
J. JASON HILL
Attorneys for Plaintiff and the Putative Class

**Attestation Regarding Signatures**

I, J. Jason Hill, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 17, 2019     COHELAN KHOURY & SINGER

/s/ *J. Jason Hill*
J. JASON HILL
Attorneys for Plaintiff and the Putative Class

# **PROOF OF SERVICE**

*Job v. Global Radar Acquisition, LLC*

Case No. 4:19-cv-03103-YGR

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101.

On September 17, 2019, I instituted service of the forgoing document(s) described as **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** on the following parties:

| **Counsel for Defendant** | **Co-Counsel for Plaintiff** |
|---|---|
| Selyn Hong, Esq. | Ian Pancer, Esq. |
| SEYFARTH SHAW LLP | THE LAW OFFICE OF IAN PANCER |
| 975 F. Street, N.W. | 105 West F St., 4th Floor |
| Washington, D.C. 20004 | San Diego, CA 92101 |
| shong@seyfarth.com | ian@sandiegolegal.net |

Eric Suits, Esq.
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
esuits@seyfarth.com

in the following manner (as indicated below):

   X   Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.

Service will be deemed effective as provided for by Civil Local Rule 5-1 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed September 17, 2019, at San Diego, California.

*/s/ Karla Sousa*
Karla Sousa